| | |
|---|---|
| 1 | MARTIN L. FINEMAN  (California State Bar No. 104413) |
|   | DAVIS WRIGHT TREMAINE LLP |
| 2 | 505 Montgomery St., Suite 800 |
|   | San Francisco, California 94111-6533 |
| 3 | Telephone: (415) 276-6500 |
|   | Facsimile:  (415) 276-6599 |
| 4 | E-mail: martinfineman@dwt.com |
| 5 | DEAN D. NIRO *(Pro Hac Vice)* |
|   | DAVID J. MAHALEK *(Pro Hac Vice)* |
| 6 | OLIVER D. YANG *(Pro Hac Vice)* |
|   | NIRO, HALLER & NIRO |
| 7 | 181 W. Madison St., Suite 4600 |
|   | Chicago, Illinois  60602 |
| 8 | Telephone: (312) 236-0733 |
|   | Facsimile:  (312) 236-3137 |
| 9 | E-mail:  dniro@nshn.com |
|   | E-mail:  mahalek@nshn.com |
| 10 | E-mail:  oyang@nshn.com |
|   | Attorneys for Plaintiff |
| 11 | Bluestone Innovations Texas, L.L.C. |

**IT IS SO ORDERED**

*/s/ James Ware*

Judge James Ware

| | |
|---|---|
| 12 | |
| 13 | VITO J. DEBARI (Not admitted*)* |
|   | JONATHAN S. CAPLAN (Not admitted*)* |
|   | AARON M. FRANKEL (Not admitted*)* |
| 14 | KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP |
|   | 1177 Avenue of the Americas |
| 15 | New York, New York  10036 |
|   | Telephone: (212) 715-9100 |
| 16 | Facsimile:  (212) 715-8000 |
|   | E-mail:  vdebari@kramerlevin.com |
| 17 | E-mail:  jcaplan@kramerlevin.com |
|   | E-mail:  afrankel@kramerlevin.com |
| 18 | Attorneys for Defendants |
|   | Toyoda Gosei Co., Ltd. and Toyoda Gosei North America Corp. |
| 19 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| BLUESTONE INNOVATIONS TEXAS, L.L.C., | ) | Case No.  3:12-cv-00059-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE DISMISSAL OF** |
| v. | ) | **DEFENDANTS TOYODA GOSEI CO.,** |
| | ) | **LTD. AND TOYODA GOSEI NORTH** |
| FORMOSA EPITAXY INC., et. al., | ) | **AMERICA CORP.** |
| | ) | |
| Defendants. | ) | |

-1-

1  Plaintiff Bluestone Innovations Texas, L.L.C. and Defendants Toyoda Gosei Co., Ltd. and
2  Toyoda Gosei North America Corp., by and through their undersigned counsel, and subject to the
3  approval of the Court, hereby stipulate that all claims between them in this action be dismissed
4  WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.
5  IT IS SO STIPULATED.

6
7  Dated: February 15, 2012.                        NIRO, HALLER & NIRO
                                                    DAVIS WRIGHT TREMAINE LLP
8
9                                                   By:   /s/ Martin L. Fineman
                                                          MARTIN L. FINEMAN
10                                                  Attorneys for Plaintiff
                                                    Bluestone Innovations Florida, L.L.C.
11
12 Dated: February 15, 2012.                        KRAMER, LEVIN, NAFTALIS &
                                                    FRANKEL, LLP
13
14                                                  By:   /s/ Vito J. DeBari
                                                          VITO J. DEBARI
15
16                                                  Attorneys for Defendants
                                                    Toyoda Gosei Co., Ltd. and Toyoda Gosei
                                                    North America Corp.
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] ORDER

Based on the foregoing Stipulation Re Dismissal With Prejudice of all claims asserted between Plaintiff Bluestone Innovations Texas, L.L.C. and Defendants Toyoda Gosei Co., Ltd. and Toyoda Gosei North America Corp. in this case, and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted in this suit between Plaintiff Bluestone Innovations Texas, L.L.C. and Defendants Toyoda Gosei Co., Ltd. and Toyoda Gosei North America Corp are hereby DISMISSED WITH PREJUDICE.  It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated:   February 16, 2012.

_____
The Honorable James Ware
United States District Judge