IT IS SO ORDERED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INNOVATIONS TEXAS, LLP,<br>        Plaintiff(s),<br><br>                v.<br><br>FORMOSA EPITAXY, INC.; HUGA OPTOTECH INC.; NICHIA CORPORATION; NICHIA AMERICA CORPORATION; SHOWA DENKO K.K.; AND SHOWA DENKO AMERICA, INC.,<br>        Defendant(s).<br>_____/ | CASE NO. 3:12-CV-00059-JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel for Bluestone Innovations Texas, LLP ("Bluestone") and Showa Denko K.K. and Showa Denko America, Inc. (collectively "Showa Denko") report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Bluestone and Showa Dekno agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR (*please identify process and provider*)   To be mutually agreed upon.

The parties agree to hold the ADR session by:
✓        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐    other requested deadline _____

Dated:  June 7, 2012                                                     David J. Mahalek_____ _____
                                                                                    Attorney for Bluestone Innovations
                                                                                    Texas LLP

Dated: June 7, 2012                                  Thomas R. Watson
                                                     Attorney for Showa Denko K.K.
                                                     and Showa Denko America, Inc.

**[PROPOSED] ORDER**

  X  The parties' stipulation is adopted and IT IS SO ORDERED.
  ☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 12, 2012                                 _____
                                                     Hon. James Ware
                                                     UNITED STATES DISTRICT COURT CHIEF JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11