IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Bluestone Innovations Texas, LLC, | NO. C 12-00059 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Epistar Corp., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on June 18, 2012. In light of the pending Motion to Dismiss, the Court finds that a conference is premature at this time. Accordingly, the Court VACATES the Conference. The Court will either set a new Conference date in its Order addressing the Motion or provide the parties with a schedule based on the proposals in their Joint Statement.

The hearing on the Motion shall proceed as scheduled for **June 18, 2012 at 9 a.m.**

Dated: June 12, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron M. Frankel Afrankel@KRAMERLEVIN.com
Brian P Egan began@paulweiss.com
Cassius K. Sims csims@paulweiss.com
Catherine Nyarady Cnyarady@paulweiss.com
Daralyn J. Durie ddurie@durietangri.com
David B Perry dperry@kilpatricktownsend.com
David Bruce Perry dperry@kilpatricktownsend.com
David J. Mahalek mahalek@nshn.com
David Jeanchung Tsai dtsai@perkinscoie.com
Daymon Jeffrey Rambin jrambin@capshawlaw.com
Dean D. Niro dniro@nshn.com
Diane C Gaylor dgaylor@paulweiss.com
Elizabeth DeRieux ederieux@capshawlaw.com
J Brian Hart bhart@paulweiss.com
J Thad Heartfield thad@jth-law.com
John E. Nathan jnathan@paulweiss.com
John Michael Pickett jpickett@youngpickettlaw.com
Jonathan S. Caplan jcaplan@kramerlevin.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Krista Marie Carter carterk@dicksteinshapiro.com
Lucas Thomas Elliot lelliot@fulbright.com
M. Dru Montgomery dru@jth-law.com
Marc K Weinstein marcweinstein@quinnemanuel.com
Martin L. Fineman martinfineman@dwt.com
Michael Charles Smith ms@rothfirm.com
Oliver D. Yang oyang@nshn.com
Paul E. Krieger pkrieger@fulbright.com
Robert A Conley rconley@nshn.com
Sidney Calvin Capshaw ccapshaw@capshawlaw.com
Sonali Deeksha Maitra smaitra@durietangri.com
Theodore T. Herhold tedherhold@gmail.com
Thomas Robert Watson tomwatson@quinnemanuel.com
Todd Michael Briggs toddbriggs@quinnemanuel.com
Vito J DeBari vdebari@kramerlevin.com
Wayne T Alexander waynealexander@quinnemanuel.com
William B Dyer bill.dyer@finnegan.com

**Dated:  June 12, 2012**                                     **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **William Noble**
     **Courtroom Deputy**

2