1   DURIE TANGRI LLP
    DARALYN J. DURIE (SBN 169825)
2   ddurie@durietangri.com
    SONALI D. MAITRA (SBN 254896)
3   smaitra@durietangri.com
    217 Leidesdorff Street
4   San Francisco, CA  94111
    Telephone:    415-362-6666
5   Facsimile:    415-236-6300

6   *Counsel continued on next page*

7   Attorneys for Defendants and Counter-Claimants
    Nichia Corporation and Nichia America Corporation
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  BLUESTONE INNOVATIONS TEXAS, LLC,        Case No. 3:12-cv-00059-JW

13                    Plaintiff,             **[PROPOSED] ORDER GRANTING NOTICE
                                             OF WITHDRAWAL**
14        v.

15  FORMOSA EPITAXY INC.; HUGA OPTOTECH
    INC.; NICHIA CORPORATION; NICHIA
16  AMERICA CORPORATION; SHOWA DENKO
    K.K.; SHOWA DENKO AMERICA, INC.,
17
                      Defendants.
18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
JOHN E. NATHAN (*pro hac vice*)
jnathan@paulweiss.com
CATHERINE NYARADY (*pro hac vice*)
cnyarady@paulweiss.com
BRIAN P. EGAN (*pro hac vice*)
began@paulweiss.com
JENNIFER H. WU (*pro hac vice*)
jwu@paulweiss.com
CASSIUS K. SIMS (*pro hac vice*)
csims@paulweiss.com
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:     (212) 373-3000
Facsimile:      (212) 757-3990

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
DIANE C. GAYLOR (*pro hac vice*)
dgaylor@paulweiss.com
J. BRIAN HART, JR. (*pro hac vice*)
bhart@paulweiss.com
2001 K Street, NW
Washington, DC  20006-1047
Telephone:     (202) 223-7339
Facsimile:      (202) 204-7350

1       Having considered Defendants and Counter-Claimants Nichia Corporation and Nichia America

2 Corporation's Notice of Withdrawal, it is hereby ORDERED that attorney Cassius K. Sims is withdrawn

3 as counsel for Defendants Nichia Corporation and Nichia America Corporation in this matter.

4       IT IS SO ORDERED.

5 Dated:  July 23, 2012                                             _____

6                                                   Chief Judge James Ware

7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28