*IT IS SO ORDERED*
*Judge James Ware*

DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
Email: martinfineman@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone: (415) 276-6575/Fax: (415) 276-6599

NIRO, HALLER & NIRO
Dean D. Niro (*Pro Hac Vice*)
Email: dniro@nshn.com
David J. Mahalek (*Pro Hac Vice*)
Email: mahalek@nshn.com
Robert A. Conley (*Pro Hac Vice*)
Email: rconley@nshn.com
Oliver D. Yang (*Pro Hac Vice*)
Email: oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733/Fax: (312) 236-3137
*Attorneys for Plaintiff*
**Bluestone Innovations Texas, L.L.C.**

Wayne Taichi Alexander
Marc K. Weinstein
QUINN EMANUEL URQUHART & SULLIVAN, LLP
NBF Hibiya Bldg., 25F, 1-1-7 Uchisaiwai-cho,
Chiyoda-ku, Tokyo 100-0011, Japan
Telephone: (011) 81-3-5510-1711
*Attorneys for Defendant Showa Denko K.K.*
*and Showa Denko America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS TEXAS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> FORMOSA EPITAXY INC; et al., <br><br> Defendants. | Case No. 3:12-cv-00059-JW <br><br> Honorable James Ware <br><br> **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANTS SHOWA DENKO K.K. AND SHOWA DENKO AMERICA, INC.** |

1  Plaintiff Bluestone Innovations Texas, L.L.C. and Defendants Showa Denko K.K. and
2  Showa Denko America, Inc. by and through their undersigned counsel, and subject to the
3  approval of the Court, hereby stipulate that all claims between them in this action be dismissed
4  pursuant to the terms of a confidential settlement agreement, with each party to bear its own
5  costs, expenses and attorneys' fees.

6  IT IS SO STIPULATED.

7  July 19, 2012                               NIRO, HALLER & NIRO
                                               DAVIS WRIGHT TREMAINE LLP
8

9
                                               By: /s/ David J. Mahalek
10                                                   DAVID J. MAHALEK
                                               Attorneys for Plaintiff
11                                             Bluestone Innovations Texas, L.L.C.

12 July 19, 2012                               QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP
13

14
                                               By: /s/ Wayne T. Alexander
15                                                   WAYNE T. ALEXANDER
                                               Attorneys for Showa Denko K.K. and Showa
16                                             Denko America, Inc.

17

18

19

20

21

22

23

24

25  STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANTS SHOWA DENKO K.K. AND SHOWA DENKO       - 2 -
    AMERICA, INC. – CASE NO. 3:12-CV-00059-

### [PROPOSED] ORDER

Based on the foregoing Stipulation Re Dismissal of all claims asserted between Plaintiff Bluestone Innovations Texas, L.L.C. and Defendants Showa Denko K.K. and Showa Denko America, Inc. in this case, and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted in this suit between Plaintiff Bluestone Innovations Texas, L.L.C. and Defendants Showa Denko K.K. and Showa Denko America, Inc. are hereby dismissed pursuant to the terms of a confidential settlement agreement. It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: July 23, 2012.

_____
The Honorable James Ware
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANTS SHOWA DENKO K.K. AND SHOWA DENKO AMERICA, INC. – CASE NO. 3:12-CV-00059-

- 3 -