DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
Email: martinfineman@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA  94111
Phone:  (415) 276-6575/Fax:  (415) 276-6599

NIRO, HALLER & NIRO
Dean D. Niro (*Pro Hac Vice*)
Email: dniro@nshn.com
David J. Mahalek (*Pro Hac Vice*)
Email: mahalek@nshn.com
Robert A. Conley (*Pro Hac Vice*)
Email: rconley@nshn.com
Oliver D. Yang (*Pro Hac Vice*)
Email: oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733/Fax: (312) 236-3137
*Attorneys for Plaintiff*
**Bluestone Innovations Texas, L.L.C.**

DICKSTEIN SHAPIRO LLP
Krista M. Carter
Email: carterk@dicksteinshapiro.com
700 Hansen Way
Palo Alto, CA  94304
Telephone:  650-690-9544
Facsimile:  650-690-9501
*Attorneys for Defendant*
**Formosa Epitaxy, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS TEXAS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>FORMOSA EPITAXY INC; et al.,<br><br>Defendants. | Case No. 3:12-cv-00059-JW<br><br>Honorable James Ware<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT FORMOSA EPITAXY, INC.** |

Plaintiff Bluestone Innovations Texas, L.L.C. and Defendant Formosa Epitaxy, Inc. by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate that all claims between them in this action be dismissed without prejudice under Fed. R. Civ. P. 41(a) and pursuant to the terms of a confidential agreement, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

August 22, 2012

NIRO, HALLER & NIRO
DAVIS WRIGHT TREMAINE LLP


By: /s/ David J. Mahalek
        DAVID J. MAHALEK
Attorney for Plaintiff
Bluestone Innovations Texas, L.L.C.

August 22, 2012


By: /s/ Krista M. Carter
        KRISTA M. CARTER
Attorney for Formosa Epitaxy, Inc.

# [PROPOSED] ORDER

Based on the foregoing Stipulation Re Dismissal of all claims asserted between Plaintiff Bluestone Innovations Texas, L.L.C. and Defendant Formosa Epitaxy, Inc. in this case, and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted in this suit between Plaintiff Bluestone Innovations Texas, L.L.C. and Defendant Formosa Epitaxy, Inc. are hereby dismissed without prejudice under Fed. R. Civ. P. 41(a) and pursuant to the terms of a confidential agreement. It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: August 22, 2012.

_____
The Honorable James Ware
United States District Chief Judge