```
DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
Email: martinfineman@dwt.com
505 Montgomery Street
Suite 800
San Francisco, CA  94111
Telephone:  (415) 276-6575
Fax:  (415) 276-6599

NIRO, HALLER & NIRO
Dean D. Niro (*Pro Hac Vice*)
Email:  dniro@nshn.com
David J. Mahalek (*Pro Hac Vice*)
Email:  mahalek@nshn.com
Robert A. Conley (*Pro Hac Vice*)
Email:  rconley@nshn.com
Oliver D. Yang (*Pro Hac Vice*)
Email:  oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
Fax: (312) 236-3137
```

*Attorneys for Plaintiff*
**Bluestone Innovations Texas, L.L.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS TEXAS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>HUGA OPTOTECH INC.; NICHIA CORPORATION; and NICHIA AMERICA CORPORATION,<br><br>Defendants. | Case No. 3:12-cv-00059-SI<br><br>Honorable Susan Illston<br><br>**NOTICE OF MOTION AND MOTION TO SUBSTITUTE PLAINTIFF**<br><br>**DATE: November 2, 2012**<br>**TIME:  9:00 a.m.**<br>**COURTROOM: 10, 19th Floor** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 25(c), Bluestone Innovations Texas, L.L.C. ("Bluestone Texas") respectfully moves for an order substituting Bluestone Innovations, L.L.C. ("Bluestone Innovations") as the plaintiff in the above captioned matter.  This motion will be heard on November 2, 2012 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Susan Illston, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

In support of this motion to substitute, Bluestone Texas states as follows:

1. Plaintiff Bluestone Innovations Texas, L.L.C. filed this case alleging that it is the owner of United States Patent No. 6,163,557 ("the '557 patent") and that the defendants are infringing claims of that patent.

2. Bluestone Innovations Texas, L.L.C. has assigned all of its rights, title, and interest in and to the '557 patent to Bluestone Innovations L.L.C.  That assignment included "all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of the '557 patent."  See Ex. A-1

3. Federal Rule of Civil Procedure 25(c) "allows the court to substitute a party upon a transfer of interest."  *Esparza v. Indymac Bank, F.S.B.*, No. 09-cv-03891, 2010 WL 2925391 at *2 (N.D. Cal. July 26, 2010); see also Fed.R.Civ.P. 25(c) ("If an interest is transferred, the action may continue by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party.").  The assignment of the '557 patent is a transfer of interest within the meaning of Rule 25(c).  *See Esparza*, 2010 WL 2925391 at *2 (finding transfer of interest within meaning of Rule 25(c) where FDIC was appointed as receiver of failed bank, succeeding to all of its "rights, titles, powers, and privileges").

4.     Bluestone Innovations, L.L.C. is an affiliate of Bluestone Innovations Texas, L.L.C. and both entities are wholly owned subsidiaries of Bluestone Innovations Holdings, L.P.,

which is not a party to this action.  Bluestone Innovations, L.L.C. will be represented by the same counsel, including local counsel, that have represented Bluestone Innovations Texas, L.L.C. in this action.

5. Bluestone has consulted with defendants on the relief sought.  Huga Optotech Inc. does not oppose Bluestone's motion.  Counsel for Nichia America Corporation and Nichia Corporation (collectively "Nichia") was first contacted regarding this motion September 18, 2012.  As of the filing of this motion on September 28, 2012, counsel for Nichia was unable to provide a response as to whether it intended to oppose this motion or not.

6. Pursuant to Rule 25(c) and the points and authorities cited above, Bluestone Texas respectfully moves this Court to enter an order substituting Bluestone Innovations as the plaintiff in this action.

Dated: September 28, 2012

Respectfully submitted,

/s/ David J. Mahalek
DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
Email: martinfineman@dwt.com
505 Montgomery Street, Suite 808
San Francisco, CA  94111
Telephone:  (415) 276-6575
Fax:  (415) 276-6599

NIRO, HALLER & NIRO
Dean D. Niro (*Pro Hac Vice*)
Email: dniro@nshn.com
David J. Mahalek (*Pro Hac Vice*)
Email: mahalek@nshn.com
Robert A. Conley (*Pro Hac Vice*)
Email: rconley@nshn.com
Telephone:  (312) 236-0733
Fax:  (312) 236-3137

Attorneys for Plaintiff
Bluestone Innovations Texas, L.L.C.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2012 the foregoing

**NOTICE OF MOTION AND MOTION TO SUBSTITUTE PLAINTIFF**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Daralyn J. Durie (ddurie@durietangri.com)
Sonali D. Maitra (smaitra@durietangri.com)
Jennifer H. Wu (jwu@durietangri.com)
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Phone: 415-362-6666/Fax: 415-236-6300

John E. Nathan (jnathan@paulweiss.com)
Brian P. Egan (began@paulweiss.com)
Catherine Nyarady(cnyarady@paullweiss.com)
Paul Weiss Rifkind Wharton & Garrison
1284 Avenue of the Americas
New York City, NY 10019-6064
Phone: 212-373-3000/Fax: 212-757-3990
*Attorneys for Defendants Nichia Corporation and Nichia America Corporation*

J. Brian Hart (bhart@paulweiss.com)
Diane C. Gaylor (dgaylor@paulweiss.com)
Paul Weiss Rifkind Wharton & Garrison
2001 K Street, NW
Washington, DC 20006
Telephone: 202-223-7300
Fax: 202-223-7420
*Attorneys for Defendants Nichia Corporation and Nichia America Corporation*

Theodore Herhold
Law Offices of Theodore T. Herhold
62-2308 Kanehoa Street
Kamuela, HI 96743
Phone: (415) 699-8921
Email: tedherhold@gmail.com

*Attorney for Defendant Huga Optotech, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

Choose a building block.

                    /s/ David J. Mahalek
                    Attorneys for Plaintiff
                    Bluestone Innovations Texas, L.L.C.