**K&L|GATES**

K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

T 415.882.8200    www.klgates.com

March 27, 2013

Shane Brun
D 415.882.8023
F 415.882.8220
shane.brun@klgates.com

The Honorable Susan Illston
USDC, Northen District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Request for Extension of <u>April 1, 2013</u> Deadline**
      *Bluestone v. Nichia*, Case No. 3:12-cv-00059-SI

Dear Judge Illston:

I write on behalf of third-party Thomson Licensing, LLC ("Thomas") to request a short, unopposed extension of the April 1, 2013 deadline (Document No. 272) to file materials in support of the parties' motion to seal confidential materials in the *Bluestone v. Nichia* matter.

Thomson learned yesterday that its confidential materials (along with those of other third parties, Nichia, and Bluestone) were submitted in connection with the parties' briefing on a motion for standing, and that the Court had denied the parties' motion to seal. The parties have requested that Thomson prepare a declaration regarding the confidentiality of its materials. Thomson is not a party to the litigation, and having just been made aware of the filing of its confidential materials yesterday, needs additional time to review the Thomson materials (which total over four hundred pages) and prepare any necessary declarations.

Accordingly, Thomson respectfully requests that the Court extend the April 1, 2013 deadline to April 8, 2013 to give Thomson sufficient time to review the documents and prepare any necessary declarations. Counsel for Bluestone and Nichia do not oppose Thomson's request.

Respectfully submitted,

*/s/ Shane Brun*

Shane Brun
Counsel for Thomson Licensing, LLC