**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BLUESTONE INNOVATIONS LLC,

        Plaintiff,

  v.

NICHIA CORP.; NICHIA AMERICA CORP.,

        Defendant.

                           /

No. C 12-00059 SI

**ORDER GRANTING CONTINUANCE IN ADMINISTRATIVE MOTION TO SEAL**

On March 25, 2013, the Court found that the parties' stipulated administrative motion to file documents under seal failed to make the requisite showing that the documents at issue are sealable. The Court ordered that the parties must make a sufficient showing by April 1, 2013, or the documents would be made part of the public record. Some of the documents were designated "Confidential" by third parties, including Thomas Licensing, LLC. On March 27, 2013, Thomas wrote a letter to the Court requesting additional time to prepare a declaration on the confidentiality of its documents. Thomas claims that it was only informed of the filing of its confidential materials on March 26, 2013, and therefore it needs more time.

Accordingly, the Court allows the parties until **no later than April 8, 2013** to make the requisite showing that the documents at issue are sealable.

**IT IS SO ORDERED.**

Dated: April 1, 2013

SUSAN ILLSTON
United States District Judge