UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC, ) | Case No.: 13-CV-1770-LHK |
| ) | |
| Plaintiff, ) | ORDER REFERRING MATTER FOR |
| v. ) | RELATED CASE DETERMINATION |
| ) | |
| LG ELECTRONICS, INC. et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The above captioned matter asserts infringement of United States Patent No. 6,163,557 ("the '557 Patent"), and was previously pending before the Honorable Henry Coke Morgan, Jr. in the Eastern District of Virginia. On April 12, 2013, Judge Morgan ordered that the above captioned matter be transferred to the Northern District of California, because Plaintiff Bluestone Innovations, LLC also asserts infringements of the '557 Patent in a case currently pending before the Honorable Susan Illston, *Bluestone Innovations LLC v. Epistar Corp. et al.*, 12-CV-0059-SI. Judge Morgan found that the interests of justice in avoiding duplicative efforts and inconsistent results favored consolidation with case 12-CV-0059-SI. *See* ECF No. 93.

Pursuant to Civil Local Rule 3-12(c), the Court hereby refers the above captioned matter to Judge Illston for a determination as to whether it is related to case 12-CV-0059-SI.

**IT IS SO ORDERED.**

Dated: April 29, 2013

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-1770-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION