**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendants and Counter-Claimants
NICHIA CORP. and NICHIA AMERICA CORP.

*Counsel continued on next page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>NICHIA CORPORATION and<br>NICHIA AMERICA CORPORATION,<br><br>        Defendants. | Case No.  3:12-CV-0059-SI<br><br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 17, 2013**<br><br><br>Judge: Hon. Susan Illston |

1 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
KEN A. GALLO (Admitted *Pro Hac Vice*)
2 | kgallo@paulweiss.com
DIANE C. GAYLOR (Admitted *Pro Hac Vice*)
3 | dgaylor@paulweiss.com
J. BRIAN HART JR. (Admitted *Pro Hac Vice*)
4 | bhart@paulweiss.com
2001 K Street, NW
5 | Washington, DC 20006
Telephone: 202-223-7300
6 | Facsimile:  202-223-7420

7 | CATHERINE NYARADY (Admitted *Pro Hac Vice*)
cnyarady@paulweiss.com
8 | BRIAN P. EGAN (Admitted *Pro Hac Vice*)
began@paulweiss.com
9 | ALEXANDER B. PARKER (SBN 264705)
aparker@paulweiss.com
10 | 1285 Avenue of the Americas
New York, NY 10019-6064
11 | Telephone: 212-373-3000
Facsimile:  212-757-3990

**[PROPOSED] ORDER**

Having read and considered Defendants Nichia Corporation and Nichia America Corporation's (collectively, "Nichia") Motion Under Civil L.R. 6-3 to Continue the Case Management Conference Currently Scheduled for May 17, 2013, the Court GRANTS Nichia's Motion.

It is hereby ORDERED that the May 17 Case Management Conference is continued to June 14, 2013 at 2:30 PM in Courtroom 10, 19th Floor, San Francisco.

IT IS SO ORDERED.

DATED: ___5/6_____, 2013

_____
Honorable Susan Illston
United States District Judge

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on May 3, 2013 with a copy of this document via the Court's CM/ECF system at the email addresses below:

**Robert A. Conley**
Niro, Haller & Niro
rconley@nshn.com

**William B. Dyer, III**
Finnegan Henderson Farabow Garrett & Dunner - Atlanta
bill.dyer@finnegan.com

**Brian P. Egan**
Paul Weiss Rifkind Wharton & Garrison - NY
began@paulweiss.com

**Lucas Thomas Elliot**
Fulbright & Jaworski
lelliot@fulbright.com

**Martin L. Fineman**
Davis Wright Tremaine LLP
martinfineman@dwt.com

**Kenneth A. Gallo**
Paul Weiss Rifkind Wharton & Garrison - DC
kgallo@paulweiss.com

**Diane C. Gaylor**
Paul Weiss Rifkind Wharton & Garrison - DC
dgaylor@paulweiss.com

**J. Brian Hart, Jr.**
Paul Weiss Rifkind Wharton & Garrison - DC
bhart@paulweiss.com

**Paul E. Krieger**
Fulbright & Jaworski
pkrieger@fulbright.com

**David J. Mahalek**
Niro, Haller & Niro
dmahalek@nshn.com

**John E. Nathan**
Paul Weiss Rifkind Wharton & Garrison - NY
jnathan@paulweiss.com

**Dean D. Niro**
Niro, Haller & Niro

dniro@nshn.com

**Catherine Nyarady**
Paul Weiss Rifkind Wharton & Garrison - NY
CNyarady@paulweiss.com

**Alexander B. Parker**
Paul Weiss Rifkind Wharton & Garrison - NY
AParker@paulweiss.com

**John Michael Pickett**
Young Pickett & Lee
jpickett@youngpickettlaw.com

**Jennifer H. Wu**
Paul Weiss Rifkind Wharton & Garrison – NY
jwu@paulweiss.com

**Oliver D. Yang**
Niro, Haller & Niro
oyang@nshn.com

                                              */s/ Daralyn J. Durie*
                                              DARALYN J. DURIE