DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants and Counter-Plaintiffs
NICHIA CORP. and NICHIA AMERICA CORP.

*See Signature Pages for Complete List of Parties*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NICHIA CORPORATION and<br>NICHIA AMERICA CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. 3: 12-cv-00059-SI<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER SELECTING ADR PROCESS**<br><br>Ctrm:　10, 19th Floor<br>Judge:　Honorable Susan Illston |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation, subject to each of the following conditions:

- The parties mutually agree on the mediator;
- The parties mutually agree on the format of the mediation and what papers will be provided to the mediator and/or to the parties' representatives;
- A corporate representative of each party with full settlement authority will be present at the mediation;
- The mediation will take place in San Francisco, CA; and
- The mediation will initially be limited to half of a day, though additional mediation may occur if mutually agreed upon by the parties.

The parties agree to hold the private mediation within 90 days following the Court's issuance of the claim construction order in this litigation.

Dated: May 24, 2013    NIRO, HALLER, and NIRO

By: */s/ David J. Mahalek*
DAVID J. MAHALEK

**DAVIS WRIGHT TREMAINE LLP**
MARTIN L. FINEMAN (SBN 104413)
martinfineman@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: 415-276-6575
Facsimile: 415-276-6599

**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
OLIVER D. YANG (Admitted *pro hac vice*)
oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: 312-236-0733
Facsimile: 312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

Dated: May 24, 2013                      DURIE TANGRI LLP

                                         By: ___/s/ Sonali D. Maitra___
                                             SONALI D. MAITRA

                                         DARALYN J. DURIE (SBN 169825)
                                         ddurie@durietangri.com
                                         SONALI D. MAITRA (SBN 254896)
                                         smaitra@durietangri.com
                                         217 Leidesdorff Street
                                         San Francisco, CA  94111
                                         Telephone:  415-362-6666
                                         Facsimile:  415-236-6300

                                         **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                         KENNETH A. GALLO (Admitted *pro hac vice*)
                                         kgallo@paulweiss.com
                                         DIANE C. GAYLOR (Admitted *pro hac vice*)
                                         dgaylor@paulweiss.com
                                         J. BRIAN HART, JR. (Admitted *pro hac vice*)
                                         bhart@paulweiss.com
                                         2001 K Street, NW
                                         Washington, DC 20006-1047
                                         Telephone:  202-223-7300
                                         Facsimile:  202-223-7420

                                         **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                         CATHERINE NYARADY (Admitted *pro hac vice*)
                                         cnyarady@paulweiss.com
                                         BRIAN P. EGAN (Admitted *pro hac vice*)
                                         began@paulweiss.com
                                         ALEXANDER B. PARKER (SBN 264705)
                                         1285 Avenue of the Americas
                                         New York, NY  10019-6064
                                         Telephone:  212-373-3000
                                         Facsimile:  212-757-3990

                                         ATTORNEYS FOR DEFENDANTS AND COUNTER-CLAIMANTS
                                         NICHIA CORP. AND NICHIA AMERICA CORP.

I, Sonali D. Maitra, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that counsel for the foregoing parties have concurred in this filing.

                                         ___/s/ Sonali D. Maitra___
                                             SONALI D. MAITRA

PURSUANT TO STIPULATION, SO ORDERED.

Dated: _____6/11/13_____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on May 24, 2013 with a copy of this document via the Court's CM/ECF system at the email addresses below:

**Dean D. Niro**
**Robert A Conley**
**David J. Mahalek**
**Oliver D. Yang**
Niro Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602
312-236-0733
dniro@nshn.com
rconley@nshn.com
mahalek@nshn.com
oyang@nshn.com

**John Michael Pickett**
Young Pickett & Lee
4122 Texas Blvd.
Texarkana, TX 75504-1897
903-794-1303
Fax: 903-794-5098
jpickett@youngpickettlaw.com

**William B Dyer , III**
Finnegan Henderson Farabow Garrett & Dunner - Atlanta
303 Peachtree St, NE, Suite 3500
Atlanta, GA 30308
404-653-6400
Fax: 404-653-6444
bill.dyer@finnegan.com

                                              */s/ Sonali D. Maitra*
                                                SONALI D. MAITRA