DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Counsel continued on next page*

Attorneys for Defendants
Nichia Corporation and Nichia America Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>NICHIA CORPORATION; NICHIA AMERICA CORPORATION,<br><br>                    Defendants. | Case No. 3:12-cv-00059-SI<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW ATTORNEY JOHN E. NATHAN AS COUNSEL FOR DEFENDANTS**<br><br>Ctrm: 10, 19th Floor<br>Judge: Honorable Susan Illston |

1  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   KENNETH A. GALLO (Admitted *pro hac vice*)
2  kgallo@paulweiss.com
   DIANE C. GAYLOR (Admitted *pro hac vice*)
3  dgaylor@paulweiss.com
   J. BRIAN HART, JR. (Admitted *pro hac vice*)
4  bhart@paulweiss.com
   2001 K Street, NW
5  Washington, DC 20006-1047
   Telephone:  202-223-7300
6  Facsimile:  202-223-7420

7  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   CATHERINE NYARADY (Admitted *pro hac vice*)
8  cnyarady@paulweiss.com
   BRIAN P. EGAN (Admitted *pro hac vice*)
9  began@paulweiss.com
   ALEXANDER B. PARKER (SBN 264705)
10 1285 Avenue of the Americas
   New York, NY  10019-6064
11 Telephone:  212-373-3000
   Facsimile:  212-757-3990

UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW ATTORNEY JOHN E. NATHAN AS
COUNSEL FOR DEFENDANTS / CASE NO. 3:12-CV-00059-SI

1  Having considered Defendants Nichia Corporation and Nichia America Corporation's (collectively, "Nichia") Unopposed Administrative Motion to withdraw attorney John E. Nathan as counsel for Nichia in this case, and good cause appearing therefor, the motion is GRANTED.

It is hereby ORDERED pursuant to Civil Local Rule 11-5(a) that attorney John E. Nathan is hereby withdrawn as counsel for Nichia in this case.

IT IS SO ORDERED.

Dated: __6/11__, 2013              _____
                                    The Honorable Susan Illston
                                    UNITED STATES DISTRICT JUDGE

---

1

UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW ATTORNEY JOHN E. NATHAN AS COUNSEL FOR DEFENDANTS / CASE NO. 3:12-CV-00059-SI

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on May 29, 2013 with a copy of this document via the Court's CM/ECF system at the email addresses below:

**Dean D. Niro**
**Robert A Conley**
**David J. Mahalek**
**Oliver D. Yang**
Niro Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602
312-236-0733
dniro@nshn.com
rconley@nshn.com
mahalek@nshn.com
oyang@nshn.com

**John Michael Pickett**
Young Pickett & Lee
4122 Texas Blvd.
Texarkana, TX 75504-1897
903-794-1303
Fax: 903-794-5098
jpickett@youngpickettlaw.com

**William B Dyer , III**
Finnegan Henderson Farabow Garrett & Dunner - Atlanta
303 Peachtree St, NE, Suite 3500
Atlanta, GA 30308
404-653-6400
Fax: 404-653-6444
bill.dyer@finnegan.com

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daralyn J. Durie*
　　　　　　　　　　　　　　　　　　　　　　　　　　Daralyn J. Durie