**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: 312-236-0733
Facsimile: 312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants and Counter-Plaintiffs
NICHIA CORP. and NICHIA AMERICA CORP.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NICHIA CORPORATION and<br>NICHIA AMERICA CORPORATION,<br><br>　　　　　　　　　Defendants. | Case No. 3: 12-cv-00059-SI<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER UNDER LOCAL RULE 7-12 TO SERVE AMENDED PATENT L.R. 3-1 INFRINGEMENT CONTENTIONS**<br><br><br>Judge: Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

STIPULATION UNDER LOCAL RULE 7-12 TO SERVE AMENDED PATENT L.R. 3-1
INFRINGEMENT CONTENTIONS
Case No. 3: 12-cv-00059-SI

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL:

Pursuant to Civil L.R. 7-12 and Patent L.R. 3-6, Plaintiff Bluestone Innovations, LLC ("Bluestone") and Defendants Nichia Corporation and Nichia America Corporation ("Nichia"), by and through their undersigned counsel, hereby consent and stipulate that, with leave of Court, Bluestone may serve amended Patent L.R. 3-1 infringement contentions upon Nichia. In support of this stipulation, the parties state as follows:

On July 26, 2013, Bluestone served its Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions and its Patent L.R. 3-2 Document Production Accompanying Disclosure as required by the Court's Scheduling Order. (Dkt. No. 331). Nichia informed Bluestone on August 6, 2013 that it believed Bluestone's infringement contentions were deficient. The parties held a telephonic meet and confer on August 7, 2013. The parties discussed two issues during the telephonic meet and confer. The first issue was whether Bluestone could properly rely upon 7 representative claim charts for the 101 Nichia products accused of infringement in Bluestone's Patent L.R. 3-1 infringement contentions. The parties were unable to resolve their dispute on this issue and Nichia filed a discovery dispute letter pursuant to the Court's procedures. (Dkt. No. 334).

The second issue discussed during the August 7, 2013 telephonic meet and confer was the sufficiency of Bluestone's infringement claim charts with regards to the last element of claims 1 and 23. Nichia contended that Bluestone's infringement contentions failed to identify with specificity the "crack planes of the epitaxial film" and the "mesas . . . surfaces oriented along" those crack planes as required by the asserted claims. Bluestone contended that its Patent L.R. 3-1 infringement contentions provided sufficient detail by which one of ordinary skill in the art would be able to ascertain the manner in which the "crack planes of the epitaxial film" and the "mesa . . . surfaces oriented along those crack planes" are present in the accused Nichia products.

In an effort to avoid burdening the Court with a discovery dispute on this issue, the parties agreed to work together to resolve this matter. Bluestone provided Nichia with an exemplary claim chart that provided a further explanation (both graphically and in writing) of Bluestone's contention regarding the

1  presence of this last claim element in one of Nichia's accused products, Nichia's NVSL219AT LED.
2  Nichia reviewed the proposed amendment to the claim chart for the NVSL219AT LED and informed
3  Bluestone that, based on Bluestone's representation that it will supplement each of its claim charts in the
4  same manner, Nichia no longer intended to move on this discovery dispute.  The only issue that remains
5  on this front is the due date of Nichia's invalidity contentions in light of Bluestone's supplementation of
6  its infringement contentions.  This issue is raised in the parties' discovery dispute letter.  (*See* Dkt. No.
7  334).

8  Accordingly, the parties stipulate that Bluestone may amend its Patent L.R. 3-1 infringement
9  contentions within three days of this Stipulation and Proposed Order to provide a further graphical and
10 textual explanation regarding the manner in which the "crack planes of the epitaxial film" and the "mesa
11 . . . surfaces oriented along those crack planes" are present in the accused Nichia products.

Dated:  August 26, 2013           NIRO, HALLER, & NIRO

By: /s/ David J. Mahalek
      DAVID J. MAHALEK

**DAVIS WRIGHT TREMAINE LLP**
MARTIN L. FINEMAN (SBN 104413)
martinfineman@dwt.com
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone:  415-276-6575
Facsimile:  415-276-6599

**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
OLIVER D. YANG (Admitted *pro hac vice*)
oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

Dated:  August 26, 2013               DURIE TANGRI LLP


                                      By: /s/ Catherine Nyarady
                                            CATHERINE NYARADY


                                      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                      KENNETH A. GALLO (Admitted *pro hac vice*)
                                      kgallo@paulweiss.com
                                      DIANE C. GAYLOR (Admitted *pro hac vice*)
                                      dgaylor@paulweiss.com
                                      J. BRIAN HART, JR. (Admitted *pro hac vice*)
                                      bhart@paulweiss.com
                                      2001 K Street, NW
                                      Washington, DC 20006-1047
                                      Telephone:  202-223-7339
                                      Facsimile:  202-204-7350

                                      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                      CATHERINE NYARADY (Admitted *pro hac vice*)
                                      cnyarady@paulweiss.com
                                      BRIAN P. EGAN (Admitted *pro hac vice*)
                                      began@paulweiss.com
                                      1285 Avenue of the Americas
                                      New York, NY  10019-6064
                                      Telephone: 212-373-3000
                                      Facsimile:  212-757-3990

                                      Attorneys for Defendants and Counter-Claimants
                                      NICHIA CORP. and NICHIA AMERICA CORP.


I, David J. Mahalek, am the ECF User whose identification and password are being used to file this Stipulation Under Local Rule 7-12.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that counsel for the foregoing parties have concurred in this filing.

                                      /s/ David J. Mahalek
                                           DAVID J. MAHALEK

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated:    8/27/13

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE