IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BLUESTONE INNOVATIONS LLC,

    Plaintiff,

v.

NICHIA CORP.; NICHIA AMERICA CORP.,

    Defendants.

No. C 12-00059 SI

**ORDER RE: DISCOVERY DISPUTE**

On August 18, 2013, the parties filed a joint discovery letter brief. *See* Docket No. 334. Their dispute concerned whether Bluestone's infringement contentions were in compliance with Patent Local Rule 3-1. They disputed whether Bluestone could rely upon representative claim charts, and whether the infringement contentions were sufficiently specific. After further efforts, the parties have now resolved these disputes, and on August 19, 2013, they filed a stipulation and proposed order for Bluestone to serve amended infringement contentions upon Nichia. *See* Docket No. 335.

The only disputed issue that remains is the due date of Nichia's invalidity contentions. Patent Local Rule 3-3 requires the service of invalidity contentions no later than 45 days after the service of infringement contentions. Accordingly, Nichia's invalidity contentions shall be due 45 days from service of Bluestone's supplemental infringement contentions.

**IT IS SO ORDERED.**

Dated: August 30, 2013

SUSAN ILLSTON
United States District Judge