**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendants and Counter-Plaintiffs
NICHIA CORP. and NICHIA AMERICA CORP.

*Additional counsel listed on signature page*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NICHIA CORPORATION and<br>NICHIA AMERICA CORPORATION,<br><br>　　　　　　　　　　　Defendants. | Case No. 3: 12-cv-00059-SI<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Ctrm:　10, 19th Floor<br>Judge:  Honorable Susan Illston |

Presently pending before the Court is the parties' Joint Motion for Miscellaneous Administrative Relief Pursuant to LR 7-11 (Dkt. No. 340), in which plaintiff Bluestone Innovations LLC ("Bluestone") and defendants Nichia Corporation and Nichia America Corporation (collectively, "Nichia") had jointly approached the Court for purposes of resolving a dispute that existed between those parties as to the case schedule. Having now resolved their dispute, the parties hereby withdraw their Joint Motion in favor of the instant Stipulation. Accordingly, pursuant to Northern District of California Local Rule 6-2, Bluestone and Nichia hereby request that the Court enter the new deadlines and hearing dates set forth below. The requested deadlines and hearing dates align with those which the Court recently entered in Related Case No. 3:13-cv-01770-SI. (See Dkt. No. 126 in the referenced case).

| Event[1] | Previous Date Set in July 2, 2013 Civil Pretrial Minutes (Dkt. No. 331) | Proposed New Date Based on Patent Local Rules and Existing Case Schedule |
|---|---|---|
| Nichia to serve "Invalidity Contentions." (P.L.R. 3-3); Nichia to produce documents to accompany "Invalidity Contentions." (P.L.R. 3-4) (45 days from service of infringement contentions) | September 9, 2013 | October 17, 2013 |
| All parties to exchange proposed terms for construction. (P.L.R. 4-1) (14 days from service of invalidity contentions) | September 23, 2013 | October 31, 2013 |
| All parties to exchange preliminary claim constructions and extrinsic evidence. (P.L.R. 4-2) (35 days from service of invalidity contentions) | October 14, 2013 | November 21, 2013 |
| All parties to file Joint Claim Construction and Prehearing Statement. (P.L.R 4-3) (60 days from service of invalidity contentions) | November 8, 2013 | December 16, 2013 |
| **Further Case Management Conference** | **November 22, 2013 at 2:30 p.m.** | **January 17, 2014 at 2:30 p.m., or at a more convenient time for the Court** |
| Complete claim construction discovery. (P.L.R. 4-4) (90 days from service of invalidity contentions) | December 9, 2013 | January 15, 2014 |

---

[1] Case management conferences and hearings before this Court are listed in bold.

| Event[1] | Previous Date Set in July 2, 2013 Civil Pretrial Minutes (Dkt. No. 331) | Proposed New Date Based on Patent Local Rules and Existing Case Schedule |
|---|---|---|
| Deadline to amend pleadings or add parties. (145 days from service of infringement contentions) | December 18, 2013 | January 24, 2014 |
| Bluestone to file opening claim construction brief. (P.L.R. 4-5(a)) (60 days from service of the joint claim construction and prehearing statement) | January 7, 2014 | February 14, 2014 |
| Defendants to file responsive claim construction brief. (P.L.R. 4-5(b)) (45 days from service of the opening claim construction brief) | February 21, 2014 | March 31, 2014 |
| Bluestone to file reply claim construction brief. (P.L.R. 4-5(c)) (14 days from service of the responsive claim construction brief) | March 7, 2014 | April 14, 2014 |
| **Tutorial** | **April 2, 2014 at 3:30 p.m.** | **May 7, 2014 at 3:30 p.m., or at a more convenient time for the Court** |
| **Markman** | **April 9, 2014 at 3:30 p.m.** | **May 14, 2014 at 3:30 p.m., or at a more convenient time for the Court** |
| **Further Case Management Conference** | **April 25, 2014 at 3:00 p.m.** | **May 30, 2014 at 3:30 p.m., or at a more convenient time for the Court** |

Dated:  October 4, 2013                         NIRO, HALLER, & NIRO

                                                                    */s/ Robert A. Conley*
                                                By: _____
                                                         ROBERT A. CONLEY

**DAVIS WRIGHT TREMAINE LLP**
MARTIN L. FINEMAN (SBN 104413)
martinfineman@dwt.com
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone:  415-276-6575
Facsimile:  415-276-6599

**NIRO, HALLER & NIRO**
DEAN D. NIRO (Admitted *pro hac vice*)
dniro@nshn.com
DAVID J. MAHALEK (Admitted *pro hac vice*)
mahalek@nshn.com
ROBERT A. CONLEY (Admitted *pro hac vice*)
rconley@nshn.com
OLIVER D. YANG (Admitted *pro hac vice*)
oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

Attorneys for Plaintiff
BLUESTONE INNOVATIONS LLC

Dated:  October 4, 2013                             DURIE TANGRI LLP

By: */s/ Sonali D. Maitra*
SONALI D. MAITRA

**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:  415-236-6300

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
KENNETH A. GALLO (Admitted *pro hac vice*)
kgallo@paulweiss.com
DIANE C. GAYLOR (Admitted *pro hac vice*)
dgaylor@paulweiss.com
J. BRIAN HART, JR. (Admitted *pro hac vice*)
bhart@paulweiss.com
2001 K Street, NW
Washington, DC 20006-1047
Telephone:  202-223-7339
Facsimile:  202-204-7350

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
CATHERINE NYARADY (Admitted *pro hac vice*)
cnyarady@paulweiss.com
BRIAN P. EGAN (Admitted *pro hac vice*)
began@paulweiss.com
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  212-373-3000
Facsimile:  212-757-3990

Attorneys for Defendants and Counter-Claimants
NICHIA CORP. and NICHIA AMERICA CORP.

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated:  October 4, 2013                             */s/ Sonali D. Maitra*
SONALI D. MAITRA

---

4
STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. 3: 12-cv-00059-SI

**IT IS SO ORDERED.**

Dated: _10/7/13_____    _____
The Honorable Susan Illston
United States District Judge

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on October 4, 2013 with a copy of this document via the Court's CM/ECF system at the email addresses below:

**Dean D. Niro**
**Robert A Conley**
**David J. Mahalek**
**Oliver D. Yang**
Niro Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602
312-236-0733
dniro@nshn.com
rconley@nshn.com
mahalek@nshn.com
oyang@nshn.com

**John Michael Pickett**
Young Pickett & Lee
4122 Texas Blvd.
Texarkana, TX 75504-1897
903-794-1303
Fax: 903-794-5098
jpickett@youngpickettlaw.com

**William B Dyer , III**
Finnegan Henderson Farabow Garrett & Dunner - Atlanta
303 Peachtree St, NE, Suite 3500
Atlanta, GA 30308
404-653-6400
Fax: 404-653-6444
bill.dyer@finnegan.com

*/s/ Sonali D. Maitra*
SONALI D. MAITRA