1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    BLUESTONE INNOVATIONS, LLC,                No. C 12-59 SI

9               Plaintiff,

10      v.

11   NICHIA CORP., *et al.*,

12               Defendants.

13   _____/

14   BLUESTONE INNOVATIONS, LLC,                No. 13-1770 SI

15               Plaintiff,                     **ORDER OF REFERRAL**

16      v.

17   LG ELECTRONICS INC.., *et al.*,

18               Defendants.

     _____/

19

20          The parties have submitted several discovery disputes regarding the sufficiency of plaintiff's

21   "representative" claim charts to the Court.  (Docket No. 340 in C 12-59 SI and Docket No. 130 in C 13-

22   1770 SI.)  The Court hereby REFERS these discovery disputes, and all future discovery disputes, to

23   Magistrate Judge LaPorte for determination in the first instance.

24

25          **IT IS SO ORDERED.**

26

27   Dated: October 30, 2013                    _____
                                                SUSAN ILLSTON
28                                              United States District Judge

United States District Court
For the Northern District of California