DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street
Suite 800
San Francisco, CA  94111
Telephone:  (415) 276-6575
FACSIMILE:  (415) 276-6599
Email: martinfineman@dwt.com

Counsel for Plaintiff
Bluestone Innovations LLC

*See signature pages for full list of counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>             Plaintiff,<br><br>  v.<br><br>NICHIA CORPORATION; NICHIA AMERICA CORPORATION,<br><br>             Defendants. | Case No. 3:12-cv-00059-SI |
| BLUESTONE INNOVATIONS LLC,<br><br>             Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>             Defendants. | Case No. 3:13-cv-01770-SI<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Judge:  Honorable Susan Illston |

Pursuant to Patent L.R. 4-3, the parties to the related cases captioned *Bluestone Innovations LLC* v. *Nichia Corp.*, *et al.*, Case No. 3:12-cv-00059-SI (N.D. Cal.) and *Bluestone Innovations LLC* v. *LG Elecs., Inc.*, *et al.*, Case No. 3:13-cv-01770-SI (N.D. Cal.) (collectively, the "Bluestone Litigations") hereby submit this Joint Claim Construction and Prehearing Statement.

Pursuant to the Court's case management orders which have established common deadlines for the Bluestone Litigations, the parties are scheduled to appear for a technology tutorial on May 7, 2014 and a *Markman* hearing on May 14, 2014. As to the technology tutorial, the parties anticipate that one or more persons having skill in the art to which the patent-in-suit is directed may be utilized for purposes of assisting the parties in educating the Court with respect to the technology at issue and the inventions of the patent-in-suit. The parties agree that two hours total should be sufficient for the parties to present their respective tutorials. As to the *Markman* hearing, the parties agree that there will be no live testimony and that two hours total should be sufficient for the parties to present their respective claim constructions arguments. At the present time, the parties have been unable to reach an agreement with respect to the construction of any claim terms that were identified by the parties pursuant to Patent L.R. 4-1. The parties intend to continue with their efforts to reach agreed-upon constructions, and will promptly inform the Court in the event that any such agreements are reached.

The parties dispute a total of seven (7) claim terms of the patent-in-suit, and believe in good faith that the construction of said claim terms will be significant to the resolution of the Bluestone Litigations:

1. "mesa"
2. "upstanding mesa"
3. "a top surface"
4. "film on the top surface of at least one mesa"
5. "the at least one mesa including surfaces oriented along crack planes"
6. "crack planes of the epitaxial film"
7. "at least one mesa comprises a plurality of mesas"

In defendants' view, with the exception of the construction for "at least one mesa comprises a plurality of mesas," each construction is claim and/or case dispositive for one or more of the defendants. Attached hereto as Exhibit A is a chart containing the parties' respective proposed constructions for the aforementioned

disputed claim terms, together with an identification of the intrinsic evidence from the specification, prosecution history and the cited references of the patent-in-suit that support those constructions, as well as an identification of the extrinsic evidence on which the parties respectively intend to rely. The parties do not intend to introduce into evidence testimony from any percipient and/or expert witnesses in conjunction with the claim construction process, including at the *Markman* hearing.

Dated: December 16, 2013

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

Martin L. Fineman, Bar No. 1104413
One Embarcadero Center, Suite 600
San Francisco, CA 94111-3611
415-276-6575 (tel)
415-276-6599 (fax)

NIRO, HALLER & NIRO

Dean D. Niro
David J. Mahalek
Robert A. Conley
Oliver D. Yang
181 West Madison St
Suite 4600
Chicago, IL 60602
(312) 377-3278 (tel)
(312) 236-3137 (fax)

By: /s/ Robert A Conley_____

*Attorneys for Plaintiff*
*Bluestone Innovations, L.L.C.*

Dated: December 16, 2013

DURIE TANGRI LLP

Daralyn J. Durie
Sonali D. Maitra
217 Leidesdorff Street
San Francisco, CA 94111
415-376-6401 (tel)
415-236-6300 (fax)

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

Kenneth A. Gallo
Diane C. Gaylor
J. Brian Hart

| | |
|---|---|
| 1 | 2001 K Street NW |
| | Washington, DC 20006-1047 |
| 2 | 202-223-7356 (tel) |
| | 202-204-7356 (fax) |
| 3 | |
| | Catherine Nyarady |
| 4 | Brian P. Egan |
| | 1285 Avenue of the Americas |
| 5 | New York City, NY 10019-6064 |
| | 212/373-3000 (tel) |
| 6 | 212/757-3990 (fax) |

By: /s/ Sonali D. Maitra _____
_____
***Attorneys for Defendants Nichia Corporation
and Nichia America Corporation***

Dated: December 16, 2013     SIDLEY AUSTIN LLP

Peter H. Kang
Philip Woo
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
415-772-1200 (tel)
415-772-7400 (fax)

Ashish Nagdev
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
650-565-7000 (tel)
650-565-7100 (fax)

BIRCH STEWARD KOLASCH & BIRCH LLP

Robert John Kenney
Michael Benjamin Marion
8110 Gatehouse Rd
Suite 100E
Falls Church, VA 22042
703-205-8000 (tel)
703-205-8050 (fax)

By: /s/ Ashish Nagdev_____
_____
***Attorneys for Defendants LG Electronics Inc.
and LG Electronics U.S.A., Inc.***

| | | |
|---|---|---|
| 1 | Dated: December 16, 2013 | GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP |

Adrian M. Pruetz
Charles C. Koole
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
(310) 553-3000 (tel)
(310) 785-3506 (fax)

LEE TRAN LIANG & WANG LLP

Stephen R. Hansen
601 S. Figueroa Street
Suite 4025
Los Angeles, CA 90017
213-612-3737 (tel)
213-612-3773 (fax)


By: /s/ Charles C. Koole_____
_____
*Attorneys for Defendant VIZIO, Inc.*

Dated: December 16, 2013                FREITAS TSENG & KAUFMAN LLP

Jerry Chen
Hsiang Hong Lin
James Lin
Kaiwan Tseng
100 Marine Pkwy Ste 200
Redwood City, CA 94065
650-593-6300 (tel)
650-593-6301 (fax)

TECHKNOWLEDGE LAW GROUP LLP

Michael C. Ting
1521 Diamond Street
San Francisco, CA 94131
408-646-1131


By: /s/ Jerry Chen_____

*Attorneys for Defendants Acer Inc. and Acer America Corp.*

Dated: December 16, 2013                Christopher K. Larus
CKLasur@rkmc.com
Bryan J. Mechell
BJMechell@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI

| | |
|---|---|
| 1 | L.L.P. |
| | 800 LaSalle Avenue |
| 2 | 2800 LaSalle Plaza |
| | Minneapolis, MN 55402-2015 |
| 3 | Telephone: 612-349-8500 |
| | Facsimile: 612-339-4181 |
| 4 | |
| | Wesley W. Lew, SBN: 222351 |
| 5 | WWLew@rkmc.com |
| | ROBINS, KAPLAN, MILLER & CIRESI |
| 6 | L.L.P. |
| | 2049 Century Park East |
| 7 | Suite 3400 |
| | Los Angeles, CA 90067-3208 |
| 8 | Telephone: 310-552-0130 |
| | Facsimile: 310-229-5800 |
| 9 | |
| | By: /s/___Bryan J. Mechell_____ |
| 10 | |
| | *Attorneys for Defendants* |
| 11 | *Best Buy Co., Inc., Best Buy Stores, L.P.,* |
| | *and Bestbuy.com, LLC* |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated: December 16, 2013               */s/ Sonali D. Maitra*
                                                   SONALI D. MAITRA

# CERTIFICATE OF SERVICE

I certify that all counsel of record in *Bluestone Innovations LLC* v. *Nichia Corp.*, *et al.*, Case No. 3:12-cv-00059-SI (N.D. Cal.) and *Bluestone Innovations LLC* v. *LG Elecs., Inc.*, *et al.*, Case No. 3:13-cv-01770-SI (N.D. Cal.) are being served on December 16, 2013 with a copy of this document via the Court's CM/ECF system at the email addresses below:

**Martin J. Fineman**
Davis Wright Tremaine LLP
martinfineman@dwt.com

**Dean D. Niro**
Niro, Haller and Niro
dniro@nshn.com

**David J. Mahalek**
Niro, Haller & Niro
mahalek@nshn.com

**Oliver D. Yang**
Niro, Haller and Niro
oyang@nshn.com

**Brian P. Egan**
Paul Weiss Rifkind Wharton & Garrison - NY
began@paulweiss.com

**Diane C. Gaylor**
Paul Weiss Rifkind Wharton & Garrison – DC
dgaylor@paulweiss.com

**J. Brian Hart, Jr.**
Paul Weiss Rifkind Wharton & Garrison – DC
bhart@paulweiss.com

**Catherine Nyarady**
Paul Weiss Rifkind Wharton & Garrison – NY
cnyarady@paulweiss.com

**Adrian M. Pruetz**
Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
apruetz@glaserweil.com

**Charles C. Koole**
Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
ckoole@glaserweil.com

| | |
|---|---|
| 1 | |
| 2 | **Steven R. Hansen**<br>Lee Tran Liang & Wang LLP<br>Steven.hansen@ltlattorneys.com |
| 3 | |
| 4 | **Peter H. Kang**<br>Sidley Austin LLP<br>pkang@sidley.com |
| 5 | |
| 6 | **Ashish Nagdev**<br>Sidley Austin LLP<br>anagdev@sidley.com |
| 7 | |
| 8 | |
| 9 | **Philip Woo**<br>Sidley Austin LLP<br>pwoo@sidley.com |
| 10 | |
| 11 | **Jerry Chen**<br>Freitas Tseng & Kaufman LLP<br>jchen@ftklaw.com |
| 12 | |
| 13 | **Hsiang Hong Lin**<br>Freitas Tseng & Kaufman LLP<br>jlin@ftklaw.com |
| 14 | |
| 15 | **James Lin**<br>Freitas Tseng & Kaufman LLP<br>jlin@ftklaw.com |
| 16 | |
| 17 | |
| 18 | **Kaiwen Tseng**<br>Freitas Tseng & Kaufman LLP<br>ktseng@ftklaw.com |
| 19 | |
| 20 | **Michael C. Ting**<br>TechKnowledge Law Group LLP<br>mting@techknowledgelaw.com |
| 21 | |
| 22 | **Bryan James Mechell**<br>Robins, Kaplan, Miller & Ciresi, LLP<br>bjmechell@rkmc.com |
| 23 | |
| 24 | |
| 25 | **Christopher Kenneth Larus**<br>Robins, Kaplan, Miller & Ciresi, LLP<br>cklarus@rkmc.com |
| 26 | |
| 27 | **Wesley Wei-Liang Lew**<br>Robins, Kaplan, Miller & Ciresi, LLP<br>wwlew@rkmc.com |
| 28 | |

/s/ *Sonali D. Maitra*
SONALI D. MAITRA