**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants and Counter-Plaintiffs
NICHIA CORP. and NICHIA AMERICA CORP.

*Additional counsel listed on signature page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> NICHIA CORPORATION and NICHIA AMERICA CORPORATION, <br><br> Defendants. | Case No. 3: 12-cv-00059-SI (EDL) <br><br> **STIPULATION AND [P~~ROPOSE~~D] ORDER CONTINUING THE MARKMAN HEARING** <br><br> Ctrm:   10, 19th Floor <br> Judge:  Honorable Susan Illston |
| BLUESTONE INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., BEST BUY CO., INC. BEST BUY STORES, L.P., BESTBUY.COM, LLC, VIZIO, INC. and ACER, INC., ACER AMERICA CORPORATION, <br><br> Defendants. | Case No. 3:13-cv-01770-SI (EDL) |

Pursuant to Civil L.R. 6-2 and 7-12, Nichia Corporation and Nichia America Corporation (collectively, "Nichia"), the named Defendants in *Bluestone Innovations v. Nichia Corporation*; Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC (collectively "Best Buy"), VIZIO, Inc. ("Vizio"), and Acer America Corp. ("Acer"), the named Defendants in the related case *Bluestone Innovations v. LG Electronics*;[1] and Plaintiff Bluestone Innovations LLC ("Bluestone"), the Plaintiff in both cases; respectfully submit the following Stipulation and [Proposed] Order Continuing the Markman Hearing.

Nichia requested that the date of the *Markman* hearing be changed to June 4, 2014, and both Bluestone and the other Defendants have agreed to this proposed change. This stipulated request is supported by the Declaration of Kenneth A. Gallo in Support of Stipulation and [Proposed] Order Continuing the *Markman* Hearing ("Gallo Decl."). In support of the stipulated request, Nichia states as follows:

1. The Court set the *Markman* hearing for May 28, 2014 at 3:30 p.m.

2. Counsel for Nichia will be unable to attend the *Markman* hearing as currently scheduled. Gallo Decl. ¶ 2.

3. The parties request that the *Markman* hearing in the above captioned cases be set for June 4, 2014.

4. There have been four modifications in this case, either by stipulation or court order. Gallo Decl. ¶ 3.

For the foregoing reasons, the parties respectfully request that the Court enter an order that the *Markman* hearing in the above captioned cases be set for June 4, 2014.

---

[1] In view of the stipulation of dismissal filed today in *Bluestone Innovations v. LG Electronics* between Plaintiff Bluestone and Defendants LG Electronics, Inc., and LG Electronics U.S.A., Inc., LG does not join in this motion.

| | | |
|---|---|---|
| 1 | Dated:  March 21, 2014 | DURIE TANGRI LLP |
| 2 | | Daralyn J. Durie |
| 3 | | Sonali D. Maitra<br>217 Leidesdorff Street<br>San Francisco, CA 94111 |
| 4 | | 415-376-6401 (tel)<br>415-236-6300 (fax) |
| 5 | | |
| 6 | | PAUL WEISS RIFKIND WHARTON & GARRISON LLP |
| 7 | | Kenneth A. Gallo |
| 8 | | Diane C. Gaylor<br>2001 K Street NW |
| 9 | | Washington, DC 20006-1047<br>202-223-7356 (tel)<br>202-204-7356 (fax) |
| 10 | | |
| 11 | | Catherine Nyarady<br>Brian P. Egan |
| 12 | | 1285 Avenue of the Americas<br>New York City, NY 10019-6064 |
| 13 | | 212/373-3000 (tel)<br>212/757-3990 (fax) |
| 14 | | |
| 15 | | By: */s/ Kenneth A. Gallo* |
| 16 | | *Attorneys for Defendants Nichia Corporation and Nichia America Corporation* |

2
STIPULATION AND [PROPOSED] ORDER CONTINUING THE MARKMAN HEARING
Case No. 3: 12-cv-00059-SI

| | | |
|---|---|---|
| 1 | Dated: March 21, 2014 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | Martin Fineman (SBN 104413) |
| | | martinfineman@dwt.com |
| 3 | | 505 Montgomery Street |
| | | Suite 800 |
| 4 | | San Francisco, CA 94111 |
| | | Telephone:  415-276-6575 |
| 5 | | Facsimile:  415-276-6599 |

Dated: March 21, 2014

DAVIS WRIGHT TREMAINE LLP
Martin Fineman (SBN 104413)
martinfineman@dwt.com
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone:  415-276-6575
Facsimile:  415-276-6599

NIRO, HALLER & NIRO
Dean D. Niro
dniro@nshn.com
David J. Mahalek
mahalek@nshn.com
Robert A. Conley
rconley@nshn.com
Oliver D. Yang
oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  312-236-0733
Facsimile:  312-236-3137

By: ___*/s/ David J. Mahalek*___
**Attorneys for Plaintiff**
**Bluestone Innovations, L.L.C.**

Dated: March 21, 2014

GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP

Adrian M. Pruetz
Charles C. Koole
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
(310) 553-3000 (tel)
(310) 785-3506 (fax)

LEE TRAN & LIANG APLC

Stephen R. Hansen
601 S. Figueroa Street
Suite 4025
Los Angeles, CA 90017
213-612-3737 (tel)
213-612-3773 (fax)

By: __*/s/ Charles C. Koole*___
**Attorneys for Defendant VIZIO, Inc.**

3
STIPULATION AND [PROPOSED] ORDER CONTINUING THE MARKMAN HEARING
Case No. 3: 12-cv-00059-SI

| | | |
|---|---|---|
| 1 | Dated: March 21, 2014 | FREITAS TSENG & KAUFMAN LLP |
| 2 | | Jerry Chen |
| | | Hsiang Hong Lin |
| 3 | | James Lin |
| | | Kaiwan Tseng |
| 4 | | 100 Marine Pkwy Ste 200 |
| | | Redwood City, CA 94065 |
| 5 | | 650-593-6300 (tel) |
| | | 650-593-6301 (fax) |
| 6 | | |
| | | TECHKNOWLEDGE LAW GROUP LLP |
| 7 | | |
| | | Michael C. Ting |
| 8 | | 1521 Diamond Street |
| | | San Francisco, CA 94131 |
| 9 | | 408-646-1131 |
| 10 | | |
| | | By: */s/ Jerry Chen* _____ |
| 11 | | |
| | | ***Attorneys for Defendants Acer Inc. and Acer America*** |
| 12 | | ***Corp.*** |
| 13 | | |
| | Dated: March 21, 2014 | Christopher K. Larus |
| 14 | | CKLarus@rkmc.com |
| | | Bryan J. Mechell |
| 15 | | BJMechell@rkmc.com |
| | | ROBINS, KAPLAN, MILLER & CIRESI |
| 16 | | L.L.P. |
| | | 800 LaSalle Avenue |
| 17 | | 2800 LaSalle Plaza |
| | | Minneapolis, MN 55402-2015 |
| 18 | | Telephone: 612-349-8500 |
| | | Facsimile: 612-339-4181 |
| 19 | | |
| | | Wesley W. Lew, SBN: 222351 |
| 20 | | WWLew@rkmc.com |
| | | ROBINS, KAPLAN, MILLER & CIRESI |
| 21 | | L.L.P. |
| | | 2049 Century Park East |
| 22 | | Suite 3400 |
| | | Los Angeles, CA 90067-3208 |
| 23 | | Telephone: 310-552-0130 |
| | | Facsimile: 310-229-5800 |
| 24 | | |
| | | By: */s/ Bryan J. Mechell* _____ |
| 25 | | ***Attorneys for Defendants*** |
| | | ***Best Buy Co., Inc., Best Buy Stores, L.P.,*** |
| 26 | | ***and Bestbuy.com, LLC*** |
| 27 | | |
| 28 | | |

4
STIPULATION AND [PROPOSED] ORDER CONTINUING THE MARKMAN HEARING
Case No. 3: 12-cv-00059-SI

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Kenneth A. Gallo, attest that concurrence in the filing of this document has been obtained.

Dated:  March 21, 2014                                         */s/ Kenneth A. Gallo*
                                                                                KENNETH A. GALLO

1 | **IT IS SO ORDERED.** Markman set 6/4/14 at 3:30 p.m.

2 | Dated: ___March___, 2014

_____
The Honorable Susan Illston
United States District Judge

6
STIPULATION AND [PROPOSED] ORDER CONTINUING THE MARKMAN HEARING
Case No. 3: 12-cv-00059-SI

# CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on March 21, 2014 with a copy of this document via the Court's CM/ECF system at the email addresses below:

**Robert A. Conley**
Niro, Haller and Niro
rconley@nshn.com

**Brian P. Egan**
Paul Weiss Rifkind Wharton & Garrison - NY
began@paulweiss.com

**Martin J. Fineman**
Davis Wright Tremaine LLP
martinfineman@dwt.com

**Diane C. Gaylor**
Paul Weiss Rifkind Wharton & Garrison – DC
dgaylor@paulweiss.com

**J. Brian Hart, Jr.**
Paul Weiss Rifkind Wharton & Garrison – DC
bhart@paulweiss.com

**David J. Mahalek**
Niro, Haller & Niro
mahalek@nshn.com

**Dean D. Niro**
Niro, Haller and Niro
dniro@nshn.com

**Catherine Nyarady**
Paul Weiss Rifkind Wharton & Garrison – NY
cnyarady@paulweiss.com

**Oliver D. Yang**
Niro, Haller and Niro
oyang@nshn.com

**Adrian M. Pruetz**
Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
apruetz@glaserweil.com

**Charles C. Koole**
Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
ckoole@glaserweil.com

**Steven R. Hansen**
Lee Tran & Liang APLC
Steven.hansen@ltlattorneys.com

**Peter H. Kang**
Sidley Austin LLP
pkang@sidley.com

**Ashish Nagdev**
Sidley Austin LLP
anagdev@sidley.com

**Philip Woo**
Sidley Austin LLP
pwoo@sidley.com

**Jerry Chen**
Freitas Tseng & Kaufman LLP
jchen@ftklaw.com

**Hsiang Hong Lin**
Freitas Tseng & Kaufman LLP
jlin@ftklaw.com

**James Lin**
Freitas Tseng & Kaufman LLP
jlin@ftklaw.com

**Kaiwen Tseng**
Freitas Tseng & Kaufman LLP
ktseng@ftklaw.com

**Michael C. Ting**
TechKnowledge Law Group LLP
mting@techknowledgelaw.com

**Bryan James Mechell**
Robins, Kaplan, Miller & Ciresi, LLP
bjmechell@rkmc.com

**Christopher Kenneth Larus**
Robins, Kaplan, Miller & Ciresi, LLP
cklarus@rkmc.com

**Wesley Wei-Liang Lew**
Robins, Kaplan, Miller & Ciresi, LLP
wwlew@rkmc.com

**Ethan G. Ostroff**
Troutman Sanders LLP
Ethan.ostroff@troutmansanders.com

**Robert Armistead Angle**
Troutman Sanders LLP
Robert.angle@troutmansanders.com

*/s/ Kenneth A. Gallo*
KENNETH A. GALLO