# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NICHIA CORPORATION; NICHIA AMERICA CORPORATION,<br><br>    Defendants. | Case No. 3:12-cv-00059-SI (EDL) |
| BLUESTONE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | CASE No.: 3:13-cv-01770-SI (EDL)<br><br>**JOINT MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING TECHNOLOGY TUTORIAL**<br><br>**Date:** May 29, 2014<br>**Time:** 10:00 am<br>**Location:** Courtroom 10, 19th floor<br>**Judge:** Hon. Susan Illston |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING TECHNOLOGY TUTORIAL

880183

IT IS HEREBY ORDERED THAT:

Projection equipment, laptop computers for connection to the projection equipment, cables, and other supporting computer peripherals may be brought into Courtroom 10, 19th floor of the Federal Courthouse at 450 Golden Gate Avenue, San Francisco, California on Thursday, May 29, 2014, for the express purpose of the Technology Tutorial before the Honorable Susan Illston.

Date: May 28, 2014

_____
Honorable Susan Illston
United States District Judge

1
[PROPOSED] ORDER GRANTING JOINT MOTION FOR ORDER PERMITTING USE OF EQUIPMENT DURING TECHNOLOGY TUTORIAL

880183