IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUESTONE INNOVATIONS TEXAS LLC VS EPISTAR CORP ET AL,<br><br>          Plaintiff,<br><br>   v.<br><br>BLUESTONE INNOVATIONS TEXAS LLC VS EPISTAR CORP ET AL,<br><br>          Defendant.<br>_____ / | No. C -12-00059 EDL<br><br>**ORDER SETTING HEARING** |

On July 16, 2014, Plaintiff Bluestone Innovations and Defendant Nichia Corporation filed a joint letter brief describing their discovery dispute concerning Plaintiff's infringement contentions. The Court will hold a hearing to address this dispute on July 29, 2014 at 9:00 a.m. Counsel attending the hearing shall be of a sufficiently senior and knowledgeable level to be able to enter into a binding and final resolution of this dispute, if appropriate. The Court is mindful of the delay caused by Defendant in not raising this issue with the Court in a timely manner after the Court's January 17, 2014 Order. Also, the Court notes that there was no requirement of a status update such as that filed by Defendant in February 2014. The Court is inclined to adopt Plaintiff's proposal involving supplementation of the infringement contentions to include the eighteen representative products referenced in the joint letter (see Joint Letter at 8) conditioned upon Defendant's provision of sample products.

**IT IS SO ORDERED.**

Dated: July 22, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge