DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
Email:  martinfineman@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA  94111
Phone:  (415) 276-6575 / Fax: (415) 276-6599

NIRO, HALLER & NIRO
Dean D. Niro (*Pro Hac Vice*)
Email:  dniro@nshn.com
David J. Mahalek (*Pro Hac Vice*)
Email:  mahalek@nshn.com
181 West Madison, Suite 4600
Chicago, IL  60602
Phone: (312) 236-0733 / Fax: (312) 236-3137

Attorneys for Bluestone Innovations, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS, LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> EPISTAR CORP., ET AL., <br><br>     Defendants. | Case No.: **3:12-cv-00059-SI** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING DEFENDANTS NICHIA CORPORATION AND NICHIA AMERICA CORPORATION** |

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff

Bluestone Innovations, LLC ("Bluestone") and Defendants Nichia Corporation and Nichia

America Corporation (collectively "Nichia"), by their undersigned attorneys, hereby stipulate

and agree to entry of an order in the form submitted herewith that dismisses all claims brought

by Bluestone against Nichia with prejudice, that dismisses all counterclaims and affirmative

defenses brought by Nichia against Bluestone without prejudice, and that Bluestone and Nichia

1

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANTS NICHIA CORP. AND NICHIA AMERICA CORP.  – CASE NO. 3:12-cv-00059-SI

shall each bear its own litigation costs, attorneys' fees, and other expenses arising from or related

to this litigation. The parties respectfully request that this matter be dismissed.

IT IS SO STIPULATED.

Dated: April 17, 2015                    **NIRO, HALLER & NIRO**

                                         By: /s/ *David J. Mahalek*

                                         DEAN D. NIRO (Admitted *Pro Hac Vice*)
                                         dniro@nshn.com
                                         DAVID J. MAHALEK (Admitted *Pro Hac Vice*)
                                         mahalek@nshn.com
                                         181 West Madison, Suite 4600
                                         Chicago, IL 60602
                                         Telephone:    312-236-0733
                                         Facsimile:    312-236-3137

                                         *Attorneys for Plaintiff*
                                         *Bluestone Innovations, LLC*

Dated: April 17, 2015                    **PAUL WEISS RIFKIND WHARTON & GARRISON LLP**

                                         By: /s/ *Kenneth A. Gallo*

                                         Kenneth A. Gallo
                                         Diane C. Gaylor
                                         2001 K Street NW
                                         Washington, DC 20006-1047
                                         202-223-7356 (tel)
                                         202-204-7356 (fax)

                                         Catherine Nyarady
                                         Brian P. Egan
                                         Matthew C. Zorn
                                         1285 Avenue of the Americas
                                         New York City, NY 10019-6064
                                         212/373-3000 (tel)
                                         212/757-3990 (fax)

                                         *Attorneys for Defendants Nichia Corporation*
                                         *and Nichia America Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| BLUESTONE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EPISTAR CORP., ET AL.,<br><br>    Defendants. | Case No.: 3:12-cv-00059-SI<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANTS NICHIA CORPORATION AND NICHIA AMERICA CORPORATION** |

Based on the foregoing Stipulation Dismissing With Prejudice Defendants Nichia Corporation and Nichia America Corporation, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Bluestone Innovations, LLC's claims against Defendants Nichia Corporation and Nichia America Corporation be dismissed with prejudice, that Defendants Nichia Corporation and Nichia America Corporation's affirmative defenses and counterclaims be dismissed without prejudice, and that each party shall bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.


IT IS SO ORDERED.


DATED: _4/20/15_

_____
Susan Illston
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANTS NICHIA CORP. AND NICHIA AMERICA CORP. – CASE NO. 3:12-cv-00059-SI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2015 the foregoing

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS NICHIA CORPORATION AND NICHIA AMERICA CORPORATION**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

**Kenneth A. Gallo**
Paul Weiss Rifkind Wharton &
Garrison – DC
kgallo@paulweiss.com

**Catherine Nyarady**
Paul Weiss Rifkind Wharton
& Garrison – NY
cnyarady@paulweiss.com

**Brian P. Egan**
Paul Weiss Rifkind Wharton
& Garrison - NY
began@paulweiss.com

**Diane C. Gaylor**
Paul Weiss Rifkind Wharton
& Garrison – DC
dgaylor@paulweiss.com

**Matthew C. Zorn**
Paul Weiss Rifkind Wharton
& Garrison – NY
mzorn@paulweiss.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

*/s/ David J. Mahalek*
**Attorney for Plaintiff**

4

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANTS NICHIA CORP. AND NICHIA AMERICA CORP. – CASE NO. 3:12-cv-00059-SI